EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

CRAIG H. NAKAMURA #3008
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  craig.nakamura@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00105 |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 1708 |
| WALTER HAYASHI, | ) | 18 U.S.C. § 1029(a)(3); |
| Defendant. | ) | 18 U.S.C. § 510(b) and (c)] |

INDICTMENT

The Grand Jury charges that:

COUNT 1

Between on or about June 8, 2002 and on or about June 11, 2002, in the District of Hawaii, Defendant WALTER HAYASHI, did unlawfully have in his possession, mail and articles and things contained in mail, which had been stolen and taken

from and out of a post office, post office station, and other authorized depository for mail matter, knowing that such mail had been stolen and taken, in that Defendant WALTER HAYASHI, who was then an employee of the United States Postal Service, had in his possession credit cards and other items that had been stolen and taken from the mail.

All in violation of Title 18, United States Code, Section 1708.

### COUNT 2

Between on or about July 14 and on or about July 15, 2002, in the District of Hawaii, Defendant WALTER HAYASHI, did unlawfully have in his possession, mail and articles and things contained in mail, which had been stolen and taken from and out of a post office, post office station, and other authorized depository for mail matter, knowing that such mail had been stolen and taken, in that Defendant WALTER HAYASHI, who was then an employee of the United States Postal Service, had in his possession credit cards, bank cards, correspondence containing Personal Identification Numbers ("PINs") for credit cards and bank cards, correspondence containing internet passwords to brokerage accounts, and other items that had been stolen and taken from the mail.

All in violation of Title 18, United States Code, Section 1708.

COUNT 3

Between on or about July 14 and on or about July 15, 2002, in the District of Hawaii, Defendant WALTER HAYASHI, did knowingly and with intent to defraud possess fifteen or more unauthorized access devices, namely, credit card account numbers, Personal Identification Numbers ("PINs") for credit cards and bank cards, and internet passwords to brokerage accounts, which were in the names of other people, with said conduct having an effect on interstate commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(3).

COUNT 4

On or about July 17, 2002, in the District of Hawaii, Defendant WALTER HAYASHI, did attempt to obtain by fraud and deception, from and out of a post office, post office station, and other authorized depository for mail matter, mail containing United States Treasury checks representing income tax refund payments, in that Defendant WALTER HAYASHI, while assigned to handle non-preferential class mail as a mail distribution clerk at the U.S. Postal Service Honolulu Processing and Distribution Center (also known as the Honolulu Airport Post Office), instead took first-class mail consisting of undelivered envelopes containing United States Treasury checks, which he had not been

assigned to handle, from the tray in which they were located and hid and concealed these envelopes among other trays of mail in furtherance of his attempt to obtain the United States Treasury checks, with the Treasury checks identified as follows:

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 04480797 | 07/12/02 | $ 573.46 |
| 04480798 | 07/12/02 | $ 1.72 |
| 04480799 | 07/12/02 | $ 2,447.00 |
| 04480800 | 07/12/02 | $ 734.00 |
| 04480801 | 07/12/02 | $ 352.00 |
| 04480802 | 07/12/02 | $ 1,045.28 |
| 04480803 | 07/12/02 | $ 813.36 |
| 04480804 | 07/12/02 | $ 2,848.28 |
| 04480805 | 07/12/02 | $ 295.77 |
| 04480806 | 07/12/02 | $ 182.35 |
| 04480807 | 07/12/02 | $ 185.96 |
| 04480808 | 07/12/02 | $ 903.00 |
| 04480809 | 07/12/02 | $ 17.14 |
| 04480810 | 07/12/02 | $ 2,149.38 |
| 04480811 | 07/12/02 | $ 1,158.76 |
| 04480812 | 07/12/02 | $ 348.22 |
| 04480813 | 07/12/02 | $ 167.16 |
| 04480814 | 07/12/02 | $ 350.04 |
| 04480815 | 07/12/02 | $ 455.90 |
| 04480816 | 07/12/02 | $ 400.10 |
| 04480817 | 07/12/02 | $ 334.26 |
| 04480818 | 07/12/02 | $ 479.00 |
| 04480819 | 07/12/02 | $ 2,554.13 |
| 04480820 | 07/12/02 | $ 387.00 |
| 04480821 | 07/12/02 | $ 100.61 |
| 04480822 | 07/12/02 | $ 53.68 |
| 04480823 | 07/12/02 | $ 2,677.87 |
| 04480824 | 07/12/02 | $ 534.81 |
| 04480825 | 07/12/02 | $ 727.77 |
| 04480826 | 07/12/02 | $ 295.77 |
| 04480827 | 07/12/02 | $ 1.53 |
| 04480828 | 07/12/02 | $ 4.85 |
| 04480829 | 07/12/02 | $ 250.19 |
| 04480830 | 07/12/02 | $ 1,177.00 |
| 04480831 | 07/12/02 | $ 190.05 |
| 04480832 | 07/12/02 | $ 2,052.14 |
| 04480833 | 07/12/02 | $ 816.40 |
| 04480834 | 07/12/02 | $ 199.22 |

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 04480835 | 07/12/02 | $ 1,754.77 |
| 04480836 | 07/12/02 | $ 1,416.04 |
| 04480837 | 07/12/02 | $   802.67 |
| 04480838 | 07/12/02 | $   325.65 |
| 04480839 | 07/12/02 | $    21.90 |
| 04480840 | 07/12/02 | $    36.05 |
| 04480841 | 07/12/02 | $    57.86 |
| 04480842 | 07/12/02 | $   305.90 |
| 04480843 | 07/12/02 | $ 8,843.00 |
| 04480844 | 07/12/02 | $   303.87 |
| 04480845 | 07/12/02 | $   333.48 |
| 04480846 | 07/12/02 | $    31.00 |

All in violation of Title 18, United States Code, Section 1708.

## COUNT 5

On or about July 17, 2002, in the District of Hawaii, Defendant WALTER HAYASHI, did steal and take from and out of a post office, post office station, and other authorized depository for mail matter, letters and mail, in that Defendant WALTER HAYASHI, who was then an employee of the United States Postal Service, stole and took from the Honolulu Airport Post Office where he worked, numerous items of mail, which he concealed in a large yellowish-brown envelope.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 6

On or about July 17, 2002, in the District of Hawaii, Defendant WALTER HAYASHI, did unlawfully have in his

possession, mail which had been stolen and taken from and out of a post office, post office station, and other authorized depository for mail matter, knowing that such mail had been stolen and taken, in that Defendant WALTER HAYASHI, who was then an employee of the United States Postal Service, had in his possession undelivered envelopes containing the following United States Treasury checks representing income tax refund payments:

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 04480871 | 07/12/02 | $ 3,038.71 |
| 04480872 | 07/12/02 | $ 2,179.28 |
| 04480875 | 07/12/02 | $ 3,687.00 |
| 04480898 | 07/12/02 | $ 2,804.87 |
| 04480899 | 07/12/02 | $34,578.66 |
| 04480900 | 07/12/02 | $ 2,159.98 |
| 04480901 | 07/12/02 | $11,157.00 |
| 04480906 | 07/12/02 | $ 2,604.28 |
| 04480914 | 07/12/02 | $ 2,170.00 |

All in violation of Title 18, United States Code, Section 1708.

COUNT 7

On or about July 17, 2002, in the District of Hawaii, Defendant, WALTER HAYASHI, did knowingly retain and conceal United States Treasury checks, each check having a face value of more than $1,000, knowing that each check was stolen, with the stolen United States Treasury checks described as follows:

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 04480871 | 07/12/02 | $ 3,038.71 |
| 04480872 | 07/12/02 | $ 2,179.28 |

| Check Number | Date of Check | Amount of Check |
|---|---|---|
| 04480875 | 07/12/02 | $ 3,687.00 |
| 04480898 | 07/12/02 | $ 2,804.87 |
| 04480899 | 07/12/02 | $34,578.66 |
| 04480900 | 07/12/02 | $ 2,159.98 |
| 04480901 | 07/12/02 | $11,157.00 |
| 04480906 | 07/12/02 | $ 2,604.28 |
| 04480914 | 07/12/02 | $ 2,170.00 |

All in violation of Title 18, United States Code, Section 510(b).

## COUNT 8

On or about July 23, 2002, in the District of Hawaii, Defendant, WALTER HAYASHI, did unlawfully have in his possession, mail and articles and things contained in mail, which had been stolen and taken from and out of a post office, post office station, and other authorized depository for mail matter, knowing that such mail had been stolen and taken, in that Defendant WALTER HAYASHI had in his possession numerous credit cards, United States Treasury checks, and other items that had been stolen and taken from the mail.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 9

On or about July 23, 2002, in the District of Hawaii, Defendant WALTER HAYASHI, did knowingly retain and conceal United

States Treasury checks, knowing that each check was stolen, with the stolen United States Treasury checks described as follows:

| Check Number  | Date of Check | Amount of Check |
|---------------|---------------|-----------------|
| 8522-03267633 | 6/7/2002      | $100.00         |
| 8522-04327337 | 6/7/2002      | $ 23.70         |

All in violation of Title 18, United States Code, Sections 510(b) and 510(c).

DATED: _____March 5_____, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
CRAIG H. NAKAMURA
Assistant U.S. Attorney